IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRALEN LAMAR JORDAN, | No. 4:19-CV-00997 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DAVID J. EBBERT, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment, Doc. 28, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants, and as against Plaintiff on all claims in the complaint; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge